**UNITED STATES of America, Plaintiff–Appellant,**

v.

**Rick Glen STRANDLOF, a/k/a Rick Duncan, Defendant–Appellee.**

**The American Legion; Christopher Guzelian, Amici Curiae.**

**No. 10–1358.**

United States Court of Appeals, Tenth Circuit.

July 2, 2012.

James O. Hearty, Michael Conrad Johnson, Jeremy S. Sibert, Office of the United States Attorney, Denver, CO, Joseph Palmer, United States Department of Justice, Washington, DC, for Plaintiff–Appellant.

John T. Carlson, Office of the Federal Public Defender, Denver, CO, for Defendant–Appellee.

Ryan Bangert, Van Beckwith, Russell W. Fusco, Baker Botts L.L.P., Dallas, TX, Philip B. Onderdonk, The American Legion, Indianapolis, IN, Aaron Michael Streett, Baker Botts LLP, Houston, TX, Christopher Philip Guzelian, Thomas Jefferson School of Law, San Diego, CA, for Amici Curiae.

Before TYMKOVICH, BALDOCK, and HOLMES, Circuit Judges.

## ORDER

This matter is before the court following receipt of the appellant's status report, and in light of the United States Supreme Court's decision in *United States v. Alvarez,* 567 U.S. ——, 132 S.Ct. 2537, 183 L.Ed.2d 574 (2012) (No. 11–210), 2012 WL 2427808. In light of that decision, we vacate both the opinion and the judgment issued on January 27, 2012. The July 16, 2010 order of the district court dismissing the amended information and charges against Mr. Strandlof is affirmed. *See United States v. Strandlof,* 746 F.Supp.2d 1183 (D.Colo.2010). On February 2, 2012, we issued an order staying issuance of the mandate. We now lift that stay, and issue this order as the mandate of the court.